SENECA ENGINEERING COMPANY, Respondent, *v.* CAYUGA ROCK SALT COMPANY, INC., Appellant.

(Submitted December 2, 1929; decided December 6, 1929.)

*Fitch H. Stephens* and *William W. Gregg* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.